FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

SEP - 8 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:05cr 209-T |
| | ) | [21 U.S.C.§ 841(a)(1)] |
| v. | ) | |
| | ) | |
| SALVADOR ZUNIGA-PRECIADO | ) | INDICTMENT |
| | ) | |

The Grand Jury charges that:

## COUNT 1

On or about the October 15, 2004, in Dale County, Alabama, in the Middle District of

Alabama, the defendant,

SALVADOR ZUNIGA-PRECIADO,

did knowingly and intentionally possess with the intent to distribute 500 grams or more

of a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Section

841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
A. CLARK MORRIS
Assistant United States Attorney