UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )
        v.                  )        CR. NO.  1:05cr209-T
                            )
SALVADOR ZUNIGA-PRECIADO    )

O R D E R

Upon consideration of the  motion for writ of habeas corpus ad prosequendum (Doc. # 4),
filed September 19, 2005, and for good cause shown, the Court is of the opinion that said motion
should be and the same is hereby granted.  It is, therefore, ORDERED that the Clerk of this Court
be and he is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM
addressed to the Dale County Jail, Ozark, Alabama, commanding them to deliver the said prisoner,
SALVADOR ZUNIGA-PRECIADO to any United States Marshal or Deputy United States Marshal
and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery,
Alabama, for arraignment on October 19, 2005, and to return said prisoner, to said official when the
Court has finished with him.

Done, this 21st day of September, 2005.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE