IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NUMBER: 1:05-cr-00209-T |
| ) | |
| SALVADOR ZUNIGA-PRECIADO ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   THE WARDEN AND/OR KEEPER OF THE   DALE COUNTY JAIL
                                    AT   Ozark, Alabama

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
       OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of **SALVADOR ZUNIGA-PRECIADO**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the Courtroom **4A** of said Court, in the City of Montgomery, on **October 19, 2005**, at **10:00 a.m.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

   BY ORDER OF THE COURT.

   DONE this the 21st day of September, 2005.

                                   DEBRA P. HACKETT, CLERK
                                   UNITED STATES DISTRICT COURT
                                   MIDDLE DISTRICT OF ALABAMA

                                   By: *[signature]*
                                        Deputy Clerk