COURTROOM DEPUTY MINUTES    DATE: 9/23/05
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 2:40 - 2:50
COURT REPORTER: MITCHELL REISNER

| | |
|---|---|
| √ | INITIAL APPEARANCE |
| ☐ | BOND HEARING |
| ☐ | DETENTION HEARING |
| ☐ | REMOVAL HEARING (R.40) |
| ☐ | ARRAIGNMENT |
| ☐ | ARRAIGNMENT on SUPERSEDING INDICTMENT |
| ☐ | PRELIMINARY EXAMINATION |

PRESIDING MAG. JUDGE **SUSAN R. WALKER**      DEPUTY CLERK: **WANDA STINSON**

CASE NO. **1:005R209-T-SRW**      DEFT. NAME: **SALVADOR ZUNIGA-PRECIADO**

USA: **SUSAN REDMOND**      ATTY: **CHRISTINE FREEMAN**

Type Counsel: ( ) Retained; (√) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: **TAMARA MARTIN**

Defendant  √ does ____ does NOT need an interpreter;
Interpreter present ____ NO  √ YES  NAME: **BEVERLY CHILDRESS**

| | | |
|---|---|---|
| √ Kars. | Date of Arrest **9/22/05** | or ☐ karsr40 |
| √ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator | |
| √ kcnsl. | Deft. First Appearance with Counsel | |
| √ | Requests appointed Counsel  √ **ORAL MOTION for Appointment of Counsel** | |
| √ finaff. | Financial Affidavit executed ☐ to be obtained by PTSO | |
| √ koappted | **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.** | |
| ☐ k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| √ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☐ | **Detention Hearing** ☐ held; ☐ Set for ____; ☐ **Preliminary Hrg** ☐ Set for ____ | |
| ☐kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. | |
| ☐kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ _____. Deft released (kloc LR) | |
| | ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered | |
| ☐ kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. | |
| √karr. | **ARRAIGNMENT** SET FOR: _____  √ HELD. Plea of **NOT GUILTY** entered. | |
| | √ Set for **1/23/05** Trial Term; ☐ **PRETRIAL CONFERENCE DATE:** _____ | |
| | DISCOVERY DISCLOSURES DATE: **9/30/05** | |
| ☐ Krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel | |
| ☐krmvhrg. | Identity/Removal Hearing set for _____ | |
| √ kwvspt | Waiver of Speedy Trial Act Rights Executed. | |

***** There is an INS detainer on defendant. Deft waives detention hrg.**