IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NUMBER: 1:05-cr-00209-T |
| ) | |
| SALVADOR ZUNIGA-PRECIADO ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   THE WARDEN AND/OR KEEPER OF THE   DALE COUNTY JAIL
                                AT   Ozark, Alabama

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
      OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of **SALVADOR ZUNIGA-PRECIADO**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the Courtroom **4A** of said Court, in the City of <u>Montgomery</u>, on <u>**October 19, 2005**</u>, at **10:00 a.m.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the <u>21st</u> day of September, 2005.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By: _____
    Deputy Clerk

[Handwritten notation: 9/23/05 Unexecuted - State charges dismissed.]

[Stamp: RECEIVED 2005 SEP 23 A 8:[?] UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA]

[Stamp: RETURNED AND FILED SEP 2 3 2005 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.]