IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO:1:05-CR-209-T |
| | ) | |
| SALVADOR ZUNIGA-PRECIADO | ) | |

MOTION TO EXTEND MOTION-FILING DEADLINE

**COMES NOW** the Defendant, by undersigned counsel, and respectfully requests that this Court extend the deadline for filing Motions in this case.

In support of this Motion, the Defendant would show:

1      This indictment charges Mr. Zuniga-Preciado with possession with intent to distribute 500 grams or more of methamphetamine.

2.     Mr. Zuniga has waived his right to a speedy trial and this matter is set for trial on the January 23, 2006 trial term.

3.     Mr. Zuniga does not speak English and is detained.

4.     Discovery provided to defense counsel on September 30, 2005 includes documents in both English and Spanish, information obtained through multiple federal and/or state subpoenas and search warrants, at least two different occasions of drug dog "alerts," one consensual search, a request for identification of latent fingerprints (apparently not yet completed), a government request for permission to delay notice of a search warrant, a traffic stop in Florida, commercial transactions in at least four different states, and police reports describing the discoveries in different locations of approximately 15 pounds of alleged

methamphetamine, 47 pounds of marijuana, and over $79,000 in cash.

5. However, there appear to be no inculpatory statements or evidence found in the physical presence of Mr. Zuniga, and it appears the Government may be presenting its proof as a matter of circumstantial evidence.

6. Because there were multiple searches in the investigation of this matter (including one based in part on an Affidavit and Application which acknowledged that two days' surveillance had failed to produce results), there will be multiple issues relating to suppression of evidence.

7. Because of the language barrier between defense counsel and Mr. Zuniga, and the multiple locations and circumstances to be investigated, defense counsel has been unable to complete the investigation necessary to identify and complete pretrial motions.

8. In order to provide defense counsel with full opportunity to determine the strategy to be followed and motions to be filed in this matter, undersigned counsel respectfully requests that additional time be allowed for the investigation of this matter, prior to the filing of pretrial motions, and that an additional pretrial conference be held prior to the scheduling of evidentiary hearings.

WHEREFORE, Mr. Zuniga-Preciado prays that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Mr. Zuniga-Preciado
Federal Defenders
Middle District of Alabama

        201 Monroe Street , Suite 407
        Montgomery, AL 36104
        TEL:  (334) 834-2099
        FAX:  (334) 834-0353
        E-Mail: Christine_Freeman@fd.org

### **CERTIFICATE OF SERVICE**

     I hereby certify that on October 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

        **s/Christine A. Freeman**
        **CHRISTINE A. FREEMAN**
        **TN BAR NO.: 11892**
        Attorney for Mr. Zuniga-Preciado
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street , Suite 407
        Montgomery, AL 36104
        TEL:  (334) 834-2099
        FAX:  (334) 834-0353
        E-Mail: Christine_Freeman@fd.org