IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 1:05cr209-T |
| | ) |
| SALVADOR ZUNIGA-PRECIADO | ) |

**ORDER ON MOTION**

Upon consideration of defendant's motion to extend motion filing deadline (Doc. # 15), filed October 14, 2005, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. All pretrial motions shall be filed on or before November 11, 2005.

DONE, this 17th day of October, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE