| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** October 17, 2005 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:39 - 3:42 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 1:05cr209-T | **DEFENDANT(S)** Salvador Zuniga-Preciado |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * | Kevin Butler standing in for Christine Freeman |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**
   Motion to extend time to file pretrial motions has been granted

☐ **PLEA STATUS:**
   Government states too early for plea discussions
   Plea date - Jan. 16, 2006

☐ **TRIAL STATUS**
   Trial time - 4 days

☐ **REMARKS:**
   Defendant may ask for continuance of trial