IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | ) CASE NO:1:05-CR-209-T |
| | ) |
| **SALVADOR ZUNIGA-PRECIADO** | ) |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **SALVADOR ZUNIGA-PRECIADO**, by and through counsel, Christine A. Freeman undersigned counsel, and respectfully moves the Court to continue the trial in this matter scheduled for Monday, January 23, 2006 to a later date. In support of this request, the Defendant would show:

1. A proffer will be scheduled in January 2006 for Defendant.

2. Further investigation is necessary to complete preparation for the trial.

3. Counsel for the Government has no opposition to this requested continuance.

4. A Speedy Trial Waiver will be filed with this court in support of this Motion.

**WHEREFORE**, the defendant respectfully prays that this Motion be granted

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Salvador Zuniga-Preciado
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

    s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Salvador Zuniga-Preciado
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org