IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr209-T |
| SALVADOR ZUNIGA-PRECIADO | ) | |

### ORDER

This cause is before the court on the motion to continue filed by defendant Salvador Zuniga-Preciado on December 30, 2005. This case is currently set for trial during the January 23, 2006, term. For the reasons set forth below, the court finds that the trial should be continued.

While the granting of a continuance is left to the sound discretion of the trial judge, see United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C.A. § 3161. The Act provides in part as follows:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or

>indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

Id. § 3161(c)(1). However, the Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." Id. § 3161(h)(8)(A).

This court finds that the ends of justice served by continuing this trial outweigh the best interest of the public and defendant in a speedy trial. In support of the motion to continue, defendant has represented that a proffer will be scheduled in January 2006 and that further investigation is necessary. The government does not oppose a continuance, and defendant will file a waiver of his sixth amendment and Speedy Trial Act rights.

**Accordingly, it is ORDERED that defendant Salvador Zuniga-Preciado's motion to continue (Doc. No. 19) is granted, and that his jury selection and trial are continued to the criminal term of court beginning on February 13, 2006, before Judge Scott Coogler.**

**DONE, this the 3rd day of January, 2006.**

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**