| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: January 3, 2006 |
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 3:36 - 3:39 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| PRESIDING MAG. JUDGE. Susan Russ Walker | DEPUTY CLERK: Joyce Taylor |
| CASE NUMBER: 1:05cr209-T | DEFENDANT(S) Salvador Zuniga-Preciado |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * | Christine Freeman |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**
   Defendant's m/continue (Doc. # 19) has been filed - waiver filed today
   Cannot be ready by 2/13/06 Cr Term - wants case set on 4/24/06 Cr Term

☐ **PLEA STATUS:**
   Do not expect trial - plea discussions
   Last plea date for 4/24/06 Cr Term is 4/17/06

☐ **TRIAL STATUS**
   Trial time - 3 ½ days

☐ **REMARKS:**
   NOTE: Order on motion to continue (Doc. #19) was entered 1/3/06 resetting this case on the
   2/13/06 Cr Term