UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr209-C |
| | ) | |
| SALVADOR ZUNIGA-PRECIADO | ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner filed January 31, 2006, and for good cause, it is

ORDERED that the motion be and hereby is granted.

It is hereby ORDERED that the United States Marshals Service release custody of SALVADOR ZUNIGA-PRECIADO to Special Agents Bob Greenwood and/or Devin Whittle, Drug Enforcement Administration, on January 31, 2006, through June 1, 2006, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Special Agents Bob Greenwood and/or Devin Whittle return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE