IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO:1:05-CR-209-LSC** |
| ) | |
| **SALVADOR ZUNIGA-PRECIADO** ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **SALVADOR ZUNIGA-PRECIADO**, by and through counsel, Christine A. Freeman undersigned counsel, and respectfully moves the Court to continue the trial in this matter scheduled for Monday, February 13, 2006 to a later date. In support of this request, the Defendant would show:

1. Mr. Zuniga-Preciado is still cooperating with the Government and a second proffer has been set for February 15, 2006. An Interpreter and Agents are needed for this proffer.

2. Further investigation may be necessary to access the value of this cooperation for plea negotiations purposes.

3. Counsel for the Government has no opposition to this requested continuance.

4. A Speedy Trial Waiver will be filed with this court in support of this Motion.

**WHEREFORE**, the defendant respectfully prays that this Motion be granted

    Respectfully submitted,

    s/Christine A. Freeman
    CHRISTINE A. FREEMAN
    TN BAR NO.: 11892
    Attorney for Salvador Zuniga-Preciado
    Federal Defenders

>Middle District of Alabama
>201 Monroe Street , Suite 407
>Montgomery, AL 36104
>TEL:  (334) 834-2099
>FAX:  (334) 834-0353
>E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2006,  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

>s/Christine A. Freeman
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Salvador Zuniga-Preciado
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street , Suite 407
>Montgomery, AL 36104
>TEL:  (334) 834-2099
>FAX:  (334) 834-0353
>E-Mail: Christine_Freeman@fd.org