IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO:1:05-CR-209-LSC |
| | ) | |
| SALVADOR ZUNIGA-PRECIADO | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial through ~~as~~ to the April 24, 2006 trial docket.

*SZP*

*Salvador Zuniga P*
SALVADOR ZUNIGA-PRECIADO

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter: A. Clark Morris, Assistant U.S. Attorney.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Salvador Zuniga-Preciado
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Chistine_Freeman@fd.org
