IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA         )
                                 )
v.                               )         1:05cr209-LSC
                                 )
SALVADOR ZUNIGA-PRECIADO         )

## ORDER

For good cause, it is

ORDERED that the pretrial conference previously scheduled for April 3, 2006

be and hereby is rescheduled for 3:00 p.m. on March 27, 2006 in Courtroom 5B,

Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One

Church Street, Montgomery, Alabama.

Done, this 10th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE