| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** March 27, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:15 - 3:19 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 1:05cr209-LSC   **DEFENDANT(S)** Salvador Zuniga-Preciado

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * | Christine Freeman |

☐ **DISCOVERY STATUS:**
  Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
  Plea negotiations
  Discussions regarding plea date

☐ **TRIAL STATUS**
  Trial time 3-4 days

☐ **REMARKS:**
  Ms. Freeman to contact Court by Friday regarding plea