# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CASE NO:1:05-CR-209-LSC-SRW |
| | ) |
| SALVADOR ZUNIGA-PRECIADO | ) |

## UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **SALVADOR ZUNIGA-PRECIADO**, by and through counsel, Christine A. Freeman undersigned counsel, and respectfully moves the Court to continue the trial in this matter scheduled for Monday, April 17, 2006 to a later date. In support of this request, the Defendant would show:

1. Mr. Zuniga-Preciado is still cooperating with the Government. Two lengthy proffers have already been held. An interpreter and agent have been necessary for each proffer.

2. A third proffer will also be scheduled, but cannot be scheduled until the agent receives additional information from law enforcement officials in another state. Such information was requested on Friday, March 31.

3. Further investigation may be necessary to access the value of this cooperation for plea negotiations purposes.

4. Counsel for the Government has no opposition to this requested continuance.

5. A Speedy Trial Waiver will be filed with this court in support of this Motion.

**WHEREFORE**, the defendant respectfully prays that this Motion be granted

**MOTION GRANTED**          Respectfully submitted,

THIS __10th__ DAY OF __April__, 20 __06__

__/s/ L. Scott Coogler__

**UNITED STATES DISTRICT JUDGE**