IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CASE NO: 1:05-CR-209-MHT |
| | ) |
| SALVADOR ZUNIGA-PRECIADO | ) |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial from the April 24, 2006 trial docket through to the August 7, 2006 trial docket.

_____
SALVADOR ZUNIGA-PRECIADO

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                                    **s/Christine A. Freeman**
                                                    CHRISTINE A. FREEMAN
                                                    TN BAR NO.: 11892
                                                    Attorney for Salvador Zuniga-Preciado
                                                    Federal Defenders
                                                    Middle District of Alabama
                                                    201 Monroe Street , Suite 407
                                                    Montgomery, AL 36104
                                                    TEL:  (334) 834-2099
                                                    FAX: (334) 834-0353
                                                    E-Mail: Christine_Freeman@fd.org