IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 1:05cr209-MHT |
| **SALVADOR ZUNIGA-PRECIADO** ) | |

## ORDER

This criminal cause is before the court on the motion to continue filed by defendant Salvador Zuniga-Preciado on April 4, 2006. This case is currently set for trial during the term beginning on April 17, 2006. For the reasons set forth below, the court finds that the trial should be continued pursuant to 18 U.S.C. § 3161(h)(8).

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part as follows:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an

> offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

Id. § 3161(c)(1). However, the Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." Id. § 3161(h)(8)(A).

This court finds that the ends of justice served by continuing this trial outweigh the best interest of the public and Zuniga-Preciado in a speedy trial. In support of the motion to continue, defendant has represented that two lengthy proffers have been held, each requiring an interpreter and government agent. Zuniga-Preciado's cooperation with the government is ongoing, and a third proffer will be scheduled when the agent receives information from law enforcement officials in another state requested on March 31, 2006. The government does

not oppose a continuance, and Zuniga-Preciado has filed a waiver of his sixth amendment and Speedy Trial Act rights.

Accordingly, it is ORDERED that defendant Salvador Zuniga-Preciado's motion to continue (Doc. No. 30) is granted, and that his trial is continued to the criminal term of court beginning on August 7, 2006, at 10:00 a.m.

DONE, this the 18th day of April, 2006.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**