| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** July 17, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:35 - 3:38 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 1:05cr209-MHT | **DEFENDANT(S)** Salvador Zuniga-Preciado |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * | |
| | * Christine Freeman | |
| | * | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
   Complete

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Likely plea
   Plea notice to be filed on or before noon July 26, 2006

☐ **TRIAL STATUS**
   Trial time - 3 days

☐ **REMARKS:**
   Ms. Freeman will file motion to continue trial