**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | ) CASE NO:1:05-CR-209-MHT-SRW |
| | ) |
| **SALVADOR ZUNIGA-PRECIADO** | ) |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, **SALVADOR ZUNIGA-PRECIADO**, by and through counsel, Christine A. Freeman undersigned counsel, and respectfully moves the Court to continue the trial in this matter scheduled for Monday, August 7, 2006 to a later date. In support of this request, the Defendant would show:

1. This indictment charges Mr. Zuniga-Preciado with possession with intent to distribute a substantial amount of methamphetamine; if convicted, a statutory mandatory minimum sentence of ten years or more may be applicable.

2. Trial of this matter would likely involve presentation of evidence concerning at least three separate seizures by the Government, in three different locations.

3. Mr. Zuniga-Preciado has made several proffers to the Government and an additional proffer has been requested; an Interpreter and Agents are needed for this proffer.

4. Further investigation may be necessary to access the value of this cooperation for plea negotiations purposes.

5. Counsel for the Government has no opposition to this requested continuance.

6. A Speedy Trial Waiver is being filed simultaneously with this court in support of this Motion.

**WHEREFORE**, the defendant respectfully prays that this Motion be granted

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Salvador Zuniga-Preciado
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Salvador Zuniga-Preciado
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org