IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
__SOUTHERN__ DIVISION

UNITED STATES OF AMERICA )
)
v )
) CR. NO. 1:05-cr-209-MHT
Salvador Zuniga-Preciado )
)

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, Salvador Zuniga-Preciado, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL, to the next trial term of November and not on the trial term of August 7.

07/20/06
**DATE**

_Salvador Zuniga Preciado_
**DEFENDANT**

_[signature]_
**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter: A. Clark Morris, Assistant U.S. Attorney.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Salvador Zuniga-Preciado
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Chistine_Freeman@fd.org