| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** October 12, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:13 - 3:16 |

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 1:05cr209-MHT     **DEFENDANT(S)** Salvador Zuniga-Preciado

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * | Christine Freeman |

☐ **DISCOVERY STATUS:**
   No problems

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Negotiating Plea
   Notice of intent to change plea to be filed on or before noon on October 18, 2006

☐ **TRIAL STATUS**
   Trial time - 2 ½ - 3 days

☐ **REMARKS:**
   Defendant may have to ask for continuance.