IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.    ) | CASE NO:1:05-CR-209 |
| ) | |
| SALVADOR ZUNIGA-PRECIADO ) | |

**UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA**

**COMES NOW** the Defendant, **SALVADOR ZUNIGA-PRECIADO**, by and through undersigned counsel, and respectfully moves the Court to continue the change of plea currently scheduled for Monday, October 23, 2006 to a later date, on or about Thursday October 26.  In support of this request, the Defendant would show:

1. Counsel for the defense and the prosecution have entered into a plea agreement in this case; however, an additional proffer is necessary, to complete negotiation of all terms.

2. Counsel have made arrangements to conduct said proffer on Monday, October 23; however, an interpreter will be necessary for the proffer.

3. Counsel therefore ask that Mr. Zuniga-Preciado's change of plea hearing be rescheduled for Thursday, October 26, 2006.

4. Counsel for the Government has no opposition to this requested continuance.

**WHEREFORE**, the defendant respectfully prays that this Motion be granted

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Salvador Zuniga-Preciado
Federal Defenders

Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Salvador Zuniga-Preciado
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org