IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05cr209-MHT |
| | ) | |
| SALVADOR ZUNIGA-PRECIADO | ) | |

## ORDER

Upon consideration of defendant's *Unopposed Motion to Continue Change of Plea Hearing* (Doc. #44) filed on October 20, 2006, it is hereby

ORDERED that the motion be and is hereby GRANTED. The change of plea hearing previously scheduled for October 23, 2006 is hereby **rescheduled** for **October 26, 2006 at 2:00 p.m.** in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter and interpreter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 20th day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE