IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 1:05cr209-MHT-SRW |
| v. | ) | [21 U.S.C.§ 846] |
| | ) | |
| SALVADOR ZUNIGA-PRECIADO, | ) | |
| | ) | INFORMATION |

The United States Attorney charges:

## COUNT 1

From in or about August 2004 and continuing until on or about October 19, 2004, in Dale County, Alabama, in the Middle District of Alabama, and elsewhere the defendant,

SALVADOR ZUNIGA-PRECIADO,

did knowingly and intentionally conspire, combine and agree with other persons both known and unknown to the U. S. Attorney to possess with intent to distribute and distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, both Schedule II Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

_____
A. CLARK MORRIS
Assistant United States Attorney