# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

**UNITED STATES OF AMERICA**

v.

**SALVADOR ZUNIGA-PRECIADO**

WAIVER OF INDICTMENT

CASE NUMBER: 1:05cr209-MHT-SRW

I, __SALVADOR ZUNIGA-PRECIADO__, the above named defendant, who is accused of

**VIOLATIONS OF TITLE 21 USC 846,**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __10/27/06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer