**COURTROOM DEPUTY'S MINUTES**          **DATE: October 27, 2006**

**MIDDLE DISTRICT OF ALABAMA**          **DIGITAL RECORDING: 2:09 - 2:29**

                                        **COURT REPORTER: Jimmy Dickens**


❐ **ARRAIGNMENT**        √**CHANGE OF PLEA**          ❐ **CONSENT PLEA**

❐ **RULE 44(c) HEARING**      ❐ **SENTENCING**

-------------------------------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE: Susan Russ Walker**          **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 1:05cr209-MHT**          **DEFENDANT NAME: SALVADOR ZUNIGA-PRECIADO**

**AUSA: Clark Morris**          **DEFENDANT ATTORNEY: Christine Freeman**

                  **Type counsel (   )Waived; (   )Retained; (   )CJA; (√)FPD**

                  **(   ) appointed at arraignment; (   ) standing in for: _____**

**PTSO/USPO:**

**Interpreter present? (   )NO; ( √ )YES   Name: Beverly Childress**

-------------------------------------------------------------------------------------------------------------------

❐ This is defendant's **FIRST APPEARANCE.**

❐ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**

❐ **ORAL ORDER appointing Federal Public Defender.  Notice of Appearance to be filed.**

√ **WAIVER OF INDICTMENT** executed and filed.

√ **INFORMATION** filed.

❐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**        ❐ **Not Guilty**

        √**Guilty as to:**

                √**Count(s): 1 of the Felony Information**

                ❐ **Count(s):**              ❐ **dismissed on oral motion of USA**

                                        ❐ **to be dismissed at sentencing**

√Written plea agreement filed   ❐ **ORDERED SEALED**

√**ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Felony Information.**

❐ CRIMINAL TERM:              ❐ WAIVER OF SPEEDY TRIAL filed.

                  **DISCOVERY DISCLOSURE DATE:**

❐ **ORDER:** Defendant continued under ❐ same bond;  ❐ summons; for:

            ❐ Trial on _____; ❐ Sentencing on _____

√ Defendant remanded to custody of U. S. Marshal for:

            ❐ Trial on _____; or ❐ Sentencing on _____

❐ Rule 44 Hearing: ❐ Waiver of Conflict of Interest Form executed

                ❐ Defendant requests time to secure new counsel