IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )
    )
SALVADOR ZUNIGA-PRECIADO    )    CR. NO.  1:05-CR-209-MHT-SRW
    )

O R D E R

Upon consideration of the Motion for Leave to Dismiss Indictment, heretofore filed in the above styled cause (Doc. #48),  and for good cause shown, Defendant Pled Guilty to Information,  the Court is of the opinion that the motion should be and the same hereby is granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this the 30th day of October, 2006.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE