IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )   CR. NO.   1:05cr209-MHT-SRW
          v.                )
                            )
SALVADOR ZUNIGA-PRECIADO    )

**GOVERNMENT'S AMENDED MOTION FOR DOWNWARD DEPARTURE
AND CERTIFICATION OF SUBSTANTIAL ASSISTANCE
PURSUANT TO § 5K1.1, UNITED STATES SENTENCING GUIDELINES**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1.     On the 4th of January, 2007, the Government filed a Motion for Downward Departure and Certification of Substantial Assistance Pursuant to § 5K1.1.  In said motion, the Government moved that pursuant to § 5K1.1, the Court reduce the applicable offense level of Defendant by two levels.

2.     The government maintains that the Defendant's cooperation should be considered substantial.

3.     After further conversation with the Defendant's attorney regarding her client's cooperation, the government moves to amend the original motion for downward departure. (Doc. 56) Such amendment should reflect the Government's request for a reduction of the defendant's offense level by three levels instead of the two levels requested in the original motion. (Doc. 56)

Respectfully submitted this the 17th day of January, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov
ASB-1613-N77A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA    )
       )    CR. NO.  1:05cr209-MHT-SRW
    v.    )
       )
SALVADOR ZUNIGA-PRECIADO    )

## CERTIFICATE OF SERVICE

    I hereby certify that on January 17, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to

the following: Christine Freeman, Esquire.

            Respectfully submitted,


            s/A. Clark Morris
            A. CLARK MORRIS
            Assistant United States Attorney
            One Court Square, Suite 201
            Montgomery, AL 36104
            Phone: (334)223-7280
            Fax: (334)223-7135
            E-mail: clark. morris@usdoj.gov
            ASB-1613-N77A