# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE           AT MONTGOMERY   ALABAMA

DATE COMMENCED   January 18, 2007        AT  10:13   A.M./P.M.

DATE COMPLETED   January 18, 2007        AT  11:40   A.M./P.M.

UNITED STATES OF AMERICA                  Criminal Action
                                          1:05cr209-MHT
         VS.

SALVADOR ZUNIGA-PRECIADO

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Kent B. Brunson for | X | Atty Christine A. Freeman |
| AUSA A.Clark Morris | X | |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, | Daniel Korobkin, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

Interpreter,
Beverly Childress

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:       SENTENCING HEARING

| | |
|---|---|
| 10:13 a.m. | Sentencing hearing commenced. Terms of plea agreement stated on the record. Probation concurs with plea agreement. Court accepts plea agreement. In-camera conference re defendant's assistance. |
| 10:35 a.m. | Break. |
| 11:30 a.m. | Sentencing hearing continues. Sentence imposed; **ORAL ORDER** during sentence imposition granting motion for downward departure and motion for reduction in criminal offense level and amended motion for downward departure. |
| 11:40 a.m. | Hearing concluded. |